FILE COPY



# COURT OF APPEALS
## SEVENTH DISTRICT OF TEXAS
## AMARILLO

## MANDATE

THE STATE OF TEXAS

To the 237th District Court of Lubbock County, Greeting:

BEFORE our Court of Appeals for the Seventh District of Texas, on October 31, 2014, the cause upon appeal to revise or reverse your judgment between

Dark Puppet, LLC v. Raiderpark, LP & Clayton B. Isom

Case Number: 07-14-00366-CV Trial Court Number: 2013-508,428

was determined and therein our said Court made its order in these words:

Pursuant to the opinion of the Court dated October 31, 2014, it is ordered, adjudged and decreed that this appeal be dismissed for failure to comply with a directive from this Court requiring action within a specified time.

It is further ordered that appellant pay all costs in this behalf expended for which let execution issue.

It is further ordered that this decision be certified below for observance.

o O o

WHEREFORE, WE COMMAND YOU to observe the order of said Court of Appeals for the Seventh District of Texas, in this behalf, and in all things to have it duly recognized, obeyed and executed.

WITNESS, the Honorable Justices of our said Court, with the seal thereof annexed, at the City of Amarillo on January 21, 2015.

*Vivian Long*
VIVIAN LONG, CLERK

